# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONY B. JOBE, ESQ.,** | ) | **CIVIL NO.:** |
| | ) | |
| **Plaintiff,** | ) | **Division:** |
| | ) | **Section:** |
| v. | ) | |
| | ) | **Judge:** |
| | ) | **Magistrate:** |
| **NATIONAL TRANSPORTATION** | ) | |
| **SAFETY BOARD,** | ) | **COMPLAINT AND** |
| | ) | **SUMMONS TO** |
| **Defendant.** | ) | **ANSWER COMPLAINT** |
| _____ | ) | |

## SUMMONS TO ANSWER COMPLAINT

TO THE DEFENDANT:

You are hereby summoned and required to file and serve upon Plaintiff's attorney, whose address is **TONY B. JOBE, LAW OFFICES OF TONY B. JOBE, 1144 Hardy Drive, Covington, Louisiana 70433** an answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-

entitled court permits, in writing on this Summons, personal delivery during those hours.

A failure to obey this Summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: This the _____ day of _____, 2018; New Orleans, Louisiana.

_____
CLERK OF THE ABOVE-ENTITLED COURT