# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONY B. JOBE, ESQ.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 18-10547** |
| **NATIONAL TRANSPORTATION SAFETY BOARD** | * | **SECTION "A"** |
| | * | **MAGISTRATE 3** |

\* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that defendant, the National Transportation Safety Board ("NTSB"), appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on November 20, 2019, Rec. Doc. 60, as well as the Court's Order and Reasons denying in part and granting in part the parties' cross motions for summary judgment entered on November 18, 2019, Rec. Doc. 59.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

 *s/ Brock Dupre*
BROCK DUPRE (#28563)
Assistant United States Attorney
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3005
Telefax: (504) 680-3184
brock.dupre@usdoj.gov