UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONY B. JOBE | CIVIL ACTION |
| VERSUS | NO: 18-10547 |
| NATIONAL TRANSPORTATION SAFETY BOARD | SECTION: "A" (3) |

## MINUTE ENTRY (JS-10:15)

On August 12, 2021, the Court held a status conference by Zoom with the following counsel in attendance: Tony B. Jobe, Esq. pro se; Brock Dupre for NTSB. The Court set the conference following the Fifth Circuit's decision in favor of the NTSB regarding the § 5 Exemption under the FOIA and its application to the specific documents that the Court ordered NTSB to produce in its November 18, 2019 Order and Reasons (Rec. Doc. 59). *Jobe v. Nat'l Transp. Safety Bd.*, 1 F.4h 396 (5th Cir. 2021). The Court's ruling that was the subject of the NTSB's appeal involved 137 documents (1-61, 123-156, 165-206) (described by the Fifth Circuit at p. 402 of its opinion as "about 125 pages"). Jobe did not appeal the Court's denial of the other relief that he had sought in the lawsuit. Thus, the Court's sole task in Civil Action 18-10547 on remand from the court of appeals is to determine whether the 137 documents that the Court ordered the NTSB to produce are subject to any litigation privilege and may be withheld on that basis.[1]

---

[1] The Court previously determined that the NTSB waived the deliberative process privilege

Plaintiff advised the Court that he will most likely seek review of the Fifth Circuit's decision with the United States Supreme Court. With consent of the parties, Civil Action 18-10547 will be stayed and administratively closed while Plaintiff seeks review.

Civil Action 20-1061, which is currently stayed and closed, is related to Civil Action 18-10547, and there appears to be overlap in the cases. It is not clear whether Civil Action 20-1061 contains claims that are not part of the judgment entered in Civil Action 18-10547.

Accordingly;

**IT IS ORDERED** that this matter is **STAYED**. The Clerk of Court shall administratively **CLOSE** the case. The case will be reopened on motion of either party once the proceedings before the United States Supreme Court are concluded. Civil Action 20-1061 remains stayed and closed.

\* \* \* \* \* \*



---

under the § 5 Exemption with respect to documents 1-61, 123-124, and 125-156. (Rec. Doc. 59, Order and Reasons at 13).