# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

January 10, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Tony B. Jobe, Esquire
v. National Transportation Safety Board
No. 21-469
(Your No. 20-30033)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

